UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
IN RE ITT EDUCATIONAL SERVICES, INC. : Lead Case No. 10-cv-08323
SECURITIES AND SHAREHOLDER : ORDER APPOINTING LEAD
DERIVATIVE LITIGATION : PLAINTIFF AND APPROVING OF
: SELECTION OF LEAD COUNSEL
---------------------------------------- :
This Document Relates To: :
:
Securities Actions :
---------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/11

(Docket No. 15)

Having considered the Motion of Wyoming Retirement System ("WRS") as Lead Plaintiff and Approval of Selection of Lead Counsel, and the Memorandum of Law and Declaration of Mario Alba Jr., in support thereof, and good cause appearing therefore:

1. WRS is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

2. The law firm of Robbins Geller Rudman & Dowd LLP is hereby appointed Lead Counsel.

IT IS SO ORDERED.

DATED: 21 January 2011

THE HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

> The Clerk of Court is directed to terminate the motions filed by putative class plaintiffs under Docket Numbers 12, 18, 21 and 25 herein.
>
> SO ORDERED:
> 1-21-11
> DATE    VICTOR MARRERO, U.S.D.J.